**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

DARRYL PATRICK MARTINELLI,

      Plaintiff,

v.                                                                    No. CV 20-764 CG

ANDREW M. SAUL,
Commissioner of the
Social Security Administration,

      Defendant.

**ORDER GRANTING APPLICATION TO PROCEED
IN FORMA PAUPERIS AND DIRECTING SERVICE**

      **THIS MATTER** is before the Court on Plaintiff's *Application to Proceed in District Court without Prepaying Fees or Costs* (the "Motion"), (Doc. 2), filed July 28, 2020. The Court, having considered the Motion, finds that it is well-taken and should be **GRANTED**.

      **IT IS HEREBY ORDERED** that this action is authorized to proceed without the prepayment of the filing fee, costs, or security therefore, pursuant to 28 U.S.C. § 1915.

      **IT IS FURTHER ORDERED** that the United States Marshal shall serve a copy of the Summons and Complaint on the United States Attorney, the Attorney General, and the Office of the General Counsel, in accordance with Fed. R. Civ. P. 4(c)(3).

      **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE