IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DARRYL PATRICK MARTINELLI,

        Plaintiff,

v.                                                                                            CV No. 20-764 CG

ANDREW M. SAUL,
Commissioner of the
Social Security Administration,

        Defendant.

## ORDER GRANTING EXTENSION

**THIS MATTER** is before the Court on Defendant's *Second Unopposed Motion for Extension of Time to File the Electronic Certified Administrative Record and Answer to Plaintiff's Complaint* (the "Motion"), (Doc. 17), filed December 16, 2020. The Court, having considered the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant shall have until **February 26, 2021**, to file the certified administrative record and answer Plaintiff's Complaint, (Doc. 1).

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE