IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DARRYL PATRICK MARTINELLI,

    Plaintiff,

v.                                                  No. CV 20-764 CG

ANDREW M. SAUL,
Commissioner of the
Social Security Administration,

    Defendant.

## **FINAL JUDGMENT**

**THE COURT**, having issued the *Order Granting Unopposed Motion to Remand Under Sentence Four of 42 U.S.C. § 405(g)*, (Doc. 27), enters this Judgment in compliance with Rule 58 of the Federal Rules of Civil Procedure. Defendant's *Unopposed Motion to Remand for Further Administrative Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(G)*, (Doc. 26), shall be **GRANTED**. This case is therefore **REMANDED** to the Commissioner for further proceedings under Sentence Four of 42 U.S.C. § 405(g).

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE